**SEALED**

**BY THE ORDER OF THE COURT**

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | **FILED IN THE** |
| | ) | **UNITED STATES DISTRICT COURT** |
| CHRIS HONG TRAN | ) | **DISTRICT OF HAWAII** |
| | ) | **Nov 07, 2023** |
| | ) | Lucy H. Carrillo, Clerk of Court |

Case No.

Mag. No. 23-01624-WRP

**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 5, 2023_____ in the county of _____ in the _____ District of _____Hawaii_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | Felon in possession of a firearm and ammunition |

This criminal complaint is based on these facts:

See attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gabriel F. Keown, Jr., Special Agent, FBI
_____
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date:  November 7, 2023

City and state: _____Honolulu, Hawaii_____



_____
Wes Reber Porter
United States Magistrate Judge



SEALED
BY THE ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 07, 2023
Lucy H. Carrillo, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | **UNDER SEAL** |
| Plaintiff, | MAG. NO.  23-01624WRP |
| vs. | |
| CHRIS HONG TRAN, | |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

### Introduction

1.     This affidavit is submitted for the purpose of establishing probable cause that CHRIS HONG TRAN ("TRAN"), the defendant, committed the following offense within the District of Hawaii on or around November 5, 2023: 18 U.S.C. § 922(g), which makes it a crime for a prohibited person to possess a firearm and/or ammunition. Specifically, the defendant is a prohibited person and did possess a firearm and ammunition.

2.     I am a Special Agent with the Federal Bureau of Investigation, Honolulu Field Office. I have been a Special Agent since September 2019 and have

1

worked a variety of investigations. Currently, I am assigned to the Violent Crime Task Force. I am further deputized as a Special Deputy U.S. Marshal and have been assigned to the District of Hawaii U.S. Marshal Fugitive Task Force, where my duties include but are not limited to fugitive apprehensions. Prior to joining the FBI, I served as a Philadelphia Police Officer for five years. As part of my current duties, I investigate violent crimes and gang-related criminal activity, firearm offenses, drug trafficking, and violent crimes against children.  During my law enforcement career, I have participated in numerous investigations involving such crimes.  Through these investigations, I gained substantial experience collecting evidence, conducting physical surveillance, interviewing subjects and witnesses, executing search warrants, conducting undercover operations, and using confidential sources.  I have received extensive training in these matters, as well.  I have also worked with other federal agents and law enforcement officers who have investigated these crimes and they have shared their knowledge and experience regarding the manner in which illegal drugs and firearms are obtained, sold, and used. Furthermore, I am an investigative or law enforcement officer of the United States with the meaning of Section 2510(7) of Title 18 United States Code and empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code. Through my training and experience, I have become

familiar with the manner in which criminal offenders operate, and the efforts of those involved in such activities.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents. I have personally contacted and conferred with Honolulu Police Department (HPD) Officers, and Detectives on this matter and their investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and offense and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to support the requested Complaint.

4. This affidavit is made in support of a criminal complaint against TRAN, for the possession of a firearm and/or ammunition by a prohibited person, offenses in violation of Title 18, United States Code, Section 922(g).

## PROBABLE CAUSE

5. On November 5, 2023, HPD was dispatched to a firearms related case involving TRAN at 1349 Kapiolani Boulevard, Honolulu, HI 96814. Upon arrival, HPD Officers observed TRAN on the ground and individuals standing over him stating "he has a gun." TRAN was then detained by HPD.

6. Witnesses on scene reported to HPD that they had observed the following:

    a. TRAN was shooting what appeared to be a handgun but did not sound like a real firearm;

    b. TRAN then reached back into a black SUV (hereinafter "SUBJECT VEHICLE") and obtained a second firearm;

    c. A female passenger of the SUBJECT VEHICLE grabbed TRAN's arm that was holding the second firearm;

    d. Witnesses got into a physical altercation with TRAN and attempted to restrain TRAN until HPD arrived.

7. At the scene, HPD Officers observed the SUBJECT VEHICLE, which was a black Lexus, bearing Hawaii License Plate "TVP 884", parked with half the vehicle on the highway and the other half on the sidewalk, facing the wrong direction of travel, with both the passenger and driver doors open. Upon further examination of the SUBJECT VEHICLE, HPD Officers observed what they believed to be a black handgun sitting on top of the center console.

HPD Officers also observed a black firearm on the driver-side floorboard of the SUBJECT VEHICLE, near the brake and gas pedals.

8. The black firearm recovered from the floorboard was described by witnesses as the second firearm TRAN retrieved from the SUBJECT VEHICLE and was later determined to be Sig Sauer, SP 2022, Serial Number 24A006450, that had previously been reported as stolen to HPD.

9. HPD Officers detained TRAN, and conducted a frisk for additional weapons/firearms. HPD Officers discovered a pistol magazine loaded with nine (9), live, 9mm pistol rounds of ammunition from TRAN's front right pants pocket.

10. On November 6, 2023, TRAN was interviewed by HPD Detectives, in your affiant's presence, and stated that he was not the registered owner of the SUBJECT VEHICLE but that he was the primary operator of the SUBJECT VEHICLE. TRAN stated that he did not recall the events when he was arrested. TRAN stated to HPD Detectives he did have a firearm that he kept in the SUBJECT VEHICLE. TRAN further stated that he kept the firearm in the glove compartment of the SUBJECT VEHICLE but he did not keep the firearm with the magazine and ammunition inserted into it.

11. HPD's Scientific Investigations Section tested the Sig Sauer, SP 2022, Serial Number 24A006450, recovered from the SUBJECT VEHICLE and determined that the firearm was a functional and operational firearm.

12. Based on my training and experience, and my conversations with Alcohol, Tobacco, Firearms and Explosives (ATF) agents, Sig Sauer does not manufacture firearms in the State of Hawaii.

### *TRAN's Criminal History and Prohibited Status*

13. TRAN has been convicted of a felony. In approximately 2011, TRAN was federally convicted in the District of Hawaii for possession with intent to distribute in excess of 5 grams or more of methamphetamine for which he was sentenced to 87 months and four years of supervised release.  As a result of this felony conviction, TRAN has spent more than one year in custody in federal prison.  As a result of this felony conviction, TRAN is prohibited from possessing firearms and ammunition pursuant to 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

//

//

//

//

## **Conclusion of the Affiant**

14.  WHEREFORE, based on the aforementioned facts and my training and experience, I respectfully submit that there is probable cause to conclude CHRIS HONG TRAN committed the offense of possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Respectfully submitted,

Gabriel F. Keown, Jr.
Special Agent
Federal Bureau of Investigation

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2), on November 7, 2023.

Wes Reber Porter
United States Magistrate Judge

7