CLARE E. CONNORS #936
United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: barbara.eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 7, 2023 9:57 AM
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) MAG. NO. 23-1624 WRP |
|---|---|
| Plaintiff, | ) MOTION TO DETAIN DEFENDANT WITHOUT BAIL |
| vs. | ) |
| CHRIS HONG TRAN, | ) |
| Defendant. | ) |

## MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain this Defendant without bail, pursuant to 18 U.S.C. § 3142.

1. **Eligibility of Case**.  This Defendant is eligible for detention because the case involves (check all that apply):

    ___  a.  Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    ___  b.  Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ___  c.  Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ___  d.  A citizen of a foreign country (3142(d)(1)(B))*

    ___  e.  Crime of violence (3142(f)(1)(A))

    ___  f.  Maximum sentence life imprisonment or death (3142(f)(1)(B))

    ___  g.  10+ year drug offense (3142(f)(1)(C))

    ___  h.  Felony, with two prior convictions in above categories (3142(f)(1)(D))

    ___  i.  Felony not otherwise a crime of violence involving a minor victim (3142(f)(1)(E))

    **X**  j.  Felony not otherwise a crime of violence involving the possession or use of a firearm, destructive device, or dangerous weapon (3142(f)(1)(E))

    ___  k.  Felony not otherwise a crime of violence involving a failure to register under 18 U.S.C. § 2250 (3142(f)(1)(E))

    ___  l.  Serious risk Defendant will flee (3142(f)(2)(A))

|       |    |                                                                                          |
|-------|----|------------------------------------------------------------------------------------------|
| __X__ | m. | Danger to other person or community (3142(e)(1), (d)(2), and (g)(4))                     |
| ____  | n. | Serious risk obstruction of justice (3142(f)(2)(B))                                      |
| ____  | o. | Serious risk of threat, injury, or intimidation of prospective witness (3142(f)(2)(B))   |

\* requires "l" or "m" additionally

2. **Reason for Detention**.  The court should detain Defendant:

   __X__  a.  Because there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance as required (3142(e)(1))

   __X__  b.  Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e)(1) and (g)(4))

3. **Time for Detention Hearing**.

   The United States requests that the court conduct the detention hearing:

   ____  a.  At first appearance

   __X__  b.  After a continuance of three (3) days

//

//

//

//

//

3

4. **Other Issues**

   None Known.

   DATED: November 7, 2023, at Honolulu, Hawaii.

                                        CLARE E. CONNORS
                                        United States Attorney
                                        District of Hawaii

                                        By  /s/ Barbara Eucker
                                            BARBARA EUCKER
                                            Assistant U.S. Attorney