ORIGINAL

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Email:          Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2024

at ____ o'clock and ____ min. ____ M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR24-00018 DKW |
|---|---|
| Plaintiff, | ) INDICTMENT |
| vs. | ) [18 U.S.C. §§ 922(g)(1) and 924(a)(8)] |
| CHRIS HONG TRAN, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

Felon in Possession of Firearm and Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about November 5, 2023, within the District of Hawaii, CHRIS HONG TRAN, the defendant, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess in and affecting interstate commerce, a firearm and ammunition, namely, a 9mm Sig Sauer pistol, with serial number 24A006450, and fifteen rounds of 9mm ammunition, all having been previously shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Forfeiture Notice

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference as though set forth in full herein for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The United States of America hereby gives notice to CHRIS HONG TRAN, the defendant, that, upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) set forth in this Indictment, CHRIS HONG TRAN, the defendant, shall forfeit to the United States of America

any firearms and ammunition involved in or used in the commission of that offense, including but not limited to, a 9mm Sig Sauer pistol, with serial number 24A006450, fifteen rounds of 9mm ammunition, and two 9mm ammunition magazines.

  3. If by any act or omission of CHRIS HONG TRAN, the defendant, any of the property subject to forfeiture described in paragraph 2 herein:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United

//

//

//

//

//

//

States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: _____March 21_____, 2024, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney

United States v. Chris Hong Tran
Indictment
Cr. No. CR 24-00018 DKW

4